# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>DEWAYNE FOSTER,<br>Defendant. | CASE NO.<br><br>JUDGE<br><br>INDICTMENT<br><br>42 U. S. C. § 408(a)(7)(B) |

**THE GRAND JURY CHARGES:**

### COUNT 1
### (False Representation of a Social Security Number)

On or about September 10, 2018, in the Southern District of Ohio, the defendant, **DEWAYNE FOSTER**, for the purpose of obtaining for himself and any other person anything of value from any person, and for any other purpose, did, with intent to deceive, falsely represent a number to be the social security account number assigned by the Commissioner of Social Security to him, when in fact, such number was not the social security account number assigned by the Commissioner of Social Security to him.

In violation of 42 U. S. C. § 408(a)(7)(B).

## COUNT 2
### (False Representation of a Social Security Number)

On or about January 25, 2019, in the Southern District of Ohio, the defendant, **DEWAYNE FOSTER**, for the purpose of obtaining for himself and any other person anything of value from any person, and for any other purpose, did, with intent to deceive, falsely represent a number to be the social security account number assigned by the Commissioner of Social Security to him, when in fact, such number was not the social security account number assigned by the Commissioner of Social Security to him.

**In violation of 42 U. S. C. § 408(a)(7)(B).**

## COUNT 3
### (False Representation of a Social Security Number)

On or about January 27, 2019, in the Southern District of Ohio, the defendant, **DEWAYNE FOSTER**, for the purpose of obtaining for himself and any other person anything of value from any person, and for any other purpose, did, with intent to deceive, falsely represent a number to be the social security account number assigned by the Commissioner of Social Security to him, when in fact, such number was not the social security account number assigned by the Commissioner of Social Security to him.

**In violation of 42 U. S. C. § 408(a)(7)(B).**

## COUNT 4
### (False Representation of a Social Security Number)

On or about January 31, 2019, in the Southern District of Ohio, the defendant, **DEWAYNE FOSTER**, for the purpose of obtaining for himself and any other person anything of value from any person, and for any other purpose, did, with intent to deceive, falsely represent a number to be the social security account number assigned by the Commissioner of Social Security to him, when in fact, such number was not the social security account number assigned by the Commissioner of Social Security to him.

**In violation of 42 U. S. C. § 408(a)(7)(B).**

## COUNT 5
### (False Representation of a Social Security Number)

On or about February 4, 2019, in the Southern District of Ohio, the defendant, **DEWAYNE FOSTER**, for the purpose of obtaining for himself and any other person anything of value from any person, and for any other purpose, did, with intent to deceive, falsely represent a number to be the social security account number assigned by the Commissioner of Social Security to him, when in fact, such number was not the social security account number assigned by the Commissioner of Social Security to him.

**In violation of 42 U. S. C. § 408(a)(7)(B).**

## COUNT 6
### (False Representation of a Social Security Number)

On or about March 20, 2019, in the Southern District of Ohio, the defendant, **DEWAYNE FOSTER**, for the purpose of obtaining for himself and any other person anything of value from any person, and for any other purpose, did, with intent to deceive, falsely represent a number to be the social security account number assigned by the Commissioner of Social Security to him, when in fact, such number was not the social security account number assigned by the Commissioner of Social Security to him.

In violation of 42 U. S. C. § 408(a)(7)(B).

A TRUE BILL

*S/foreperson*
FOREPERSON

**DAVID DEVILLERS**
**UNITED STATES ATTORNEY**

*[signature]*
TIMOTHY LANDRY (MA 669554)
Special Assistant United States Attorney