UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

United States of America,

vs.  Case #2:20-cr-018-1

Dewayne Foster

| **United States District Judge James L. Graham** | Date: 1/4/2022  Time: 2:37pm -3:33pm |
|---|---|
| Denise Shane, Deputy Clerk | Counsel for the government: Timothy Landry, AUSA  Counsel for the defendant: Frederick Douglas Benton , Jr. , Esq. |
| Court Reporter: Allison Kimmel | Probation Officer: Kristen Clark |
| Law Clerk: Joshua McCarrol | |
| Interpreter: | |

Sentencing

36 months (24 mos will serve concurrently with Union County sentence, 12 months consecutive)
3 years SR
$100 SPA
$16,134.36 Rest. (Waive Int.)
Alcohol and sub abuse treatment
provide financials/no new credit
vocational services programs
mental health treatment
UNICOR
BOP- Col, Oh